JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

ESTEBAN GONZALEZ,
Plaintiff,

v.

CITY OF SANTA ANA, a Municipal Corporation; DOES 1-30, inclusive,
Defendants.

Case No.: 8:26-cv-00843-JVS-KES

Orange County Superior Court Case No. 30-2026-01547609-CU-WM-NJC

**ORDER REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT [44]**

Judge: Hon. James V. Selna

///
///
///
///
///

Plaintiff, Esteban Gonzalez, and Defendant, City of Santa Ana, have submitted a "Joint Stipulation to Remand Action to Orange County Superior Court." The Stipulation requests that this matter be remanded to Orange County Superior Court based on the Second Amended Complaint filed by Plaintiff that pleads no claim arising under federal law.

The Court having reviewed and considered the "Joint Stipulation to Remand Action to Orange County Superior Court" hereby approves of and grants the request in the Stipulation.

This action is REMANDED to the Superior Court of California, County of Orange, Case No. 30-2026-01547609-CU-WM-NJC.

The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Superior Court of California, County of Orange, pursuant to 28 U.S.C. § 1447(c), and to close the file in this Court.

**IT IS SO ORDERED:**

Dated: September 08, 2026

Honorable James V. Selna
United States District Judge